# IN THE UNITED DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | Docket No. 3:07cr48DCB-LRA |
| DENZEL FUCHE COLLINS | ) | |

## ORDER REGARDING MODIFICATION OF SUPERVISED RELEASE

**The Court finds as follows in this case:**

On August 13, 2013, the defendant appeared before this Court to answer to the Violation Petition for a Warrant filed by the United States Probation Office on June 18, 2013. The defendant confessed to the violations listed in the Petition.

The Court found the defendant guilty and modified the defendant's supervision on August 13, 2013, to include 1) The defendant's supervision extended by one-year. The new expiration date is February 16, 2016. 2) The defendant shall participate in individual outpatient substance abuse counseling at his own expense and at the direction of his own supervising U.S. Probation Officer. The defendant shall be subject to all the mandatory, standard and special conditions of supervision previously imposed by this Court.

SO DATED, this the ___21st___ day of ___August___, 2013.

s/ David Bramlette
_____
David C. Bramlette III
SENIOR UNITED STATES DISTRICT JUDGE